1  **Alan J. Jang, SBN 83409**
   Email: ajang@janglit.com
2  **Jennifer A. Stewart, SBN 127812**
   Email: jstewart@janglit.com
3  **JANG & ASSOCIATES, LLP**
   1766 Lacassie Avenue, Suite 200
4  Walnut Creek, California 94596
   Telephone: (925) 937-1400
5  Facsimile:  (925) 937-1414

6  Attorneys for Plaintiff, CSAA INSURANCE EXCHANGE

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Dennis and Mona Verducci<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., Inc.; BEST BUY CO., INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MN BEST BUY CO., INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 15-CV-02899-DMR<br>HONORABLE DISTRICT JUDGE DONNA M. RYU<br>COURTROOM 4<br><br>**STIPULATION TO CONTINUE ADR DEADLINE TO JULY 15, 2016** AND ORDER<br><br>TRIAL DATE: 12/05/2016 |

**TO THIS HONORABLE COURT:**

The undersigned attorneys for all parties agree and stipulate to request a 90-day continuance of the current mid-April, 2016, alternative dispute resolution ("ADR") deadline to a new ADR deadline of **July 15, 2016**. This request is made to allow new counsel for plaintiff time to get up to speed / conduct discovery prior to mediation.

DATE: February __1__, 2016          MUSICK, PEELER & GARRETT LLP

                                    _(See attached email)_
                                    William A. Bossen,
                                    Cameron W. Thomas
                                    Attorneys for Defendant LG Electronics USA

STIPULATION TO CONTINUE ADR DEADLINE TO JULY 15, 2016

1

| | | |
|---|---|---|
| 1 | DATE: February 1, 2016 | MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP |
| 2 | | |
| 3 | | |
| 4 | | _____ <br> Melissa L. Grant <br> Attorneys for Defendant BEST BUY CO, INC. |
| 5 | | |
| 6 | DATE: February 1, 2016 | JANG & ASSOCIATES, LLP |
| 7 | | |
| 8 | | _____ <br> Jennifer A. Stewart, <br> Attorneys for Plaintiff, CSAA INSURANCE EXCHANGE |
| 9 | | |

IT IS SO ORDERED.

Dated: February 2, 2016

_____
DONNA M. RYU
U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: IT IS SO ORDERED — Judge Donna M. Ryu]

## Mairin MacDonald

| | |
|---|---|
| **From:** | Bossen, William <W.Bossen@MPGLAW.com> |
| **Sent:** | Monday, February 01, 2016 1:17 PM |
| **To:** | Jennifer Stewart; Melissa Grant (mlg@manningllp.com); Thomas, Cameron |
| **Cc:** | Mairin MacDonald; Alan Jang |
| **Subject:** | RE: CSAA v. Best Buy (Verducci) |

LG will stipulate.

The information contained in this communication is protected by the attorney-client and/or the attorney/work product privilege. It is intended only for the use of the addressee, and the privileges are not waived by virtue of this having been sent by e-mail . If the person actually receiving this communication or any other reader of the communication is not the named recipient, or the employee or agent responsible to deliver it to the recipient, any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail or by e-mail to administrator@mpglaw.com, and destroy this communication and all copies thereof, including all attachments.

**From:** Jennifer Stewart [mailto:jstewart@janglit.com]
**Sent:** Monday, February 01, 2016 12:46 PM
**To:** Melissa Grant (mlg@manningllp.com); Thomas, Cameron; Bossen, William
**Cc:** Mairin MacDonald; Alan Jang
**Subject:** CSAA v. Best Buy (Verducci)

Dear Counsel:

Ivy from Judge Ryu's courtroom is now telling me that if the only reason I want to keep the 2/3/16 CMC on calendar is to continue the April ADR deadline, I should file a stipulation of all counsel re continuing the deadline instead, so as not to waste everyone's time. Fair enough. Will you both stipulate to continuing the April ADR deadline to July 15, 2016? I'll prepare the stip and circulate for filing today. If you'd prefer some other ADR deadline, please let me know asap.

Thanks!

Jennifer A. Stewart
Associate Attorney
JANG & ASSOCIATES, LLP
1766 Lacassie Ave. Suite 200
Walnut Creek, CA 94596
T: 925.937.1400
F: 925.937.1414

Website: www.janglit.com

The information contained in this email may contain work product privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by email and delete the original message.

## PROOF OF SERVICE

I, Mairin MacDonald, declare:

I am employed in Contra Costa County, State of California, am over the age of eighteen years, and not a party to the within action. My business address is 1766 Lacassie Avenue, Suite 200, Walnut Creek, California 94596. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and/or other overnight delivery. Under overnight delivery practice, all mailings are deposited in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business.

On this date, I served a true copy of the document described as:

- **STIPULATION TO CONTINUE ADR DEADLINE TO JULY 15, 2016**

on the parties in this action by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| David V. Roth, Esq.<br>Melissa L. Grant, Esq.<br>MANNING & CASS<br>ELLROD, RAMIREZ, TRESTER, LLP<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105 | William A. Bossen, Esq.<br>MUSICK, PEELER & GARRETT, LLP<br>1 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90017 |

✓ **By U.S. Mail:** I caused each such envelope to be served by depositing same, with postage thereon fully prepaid, in the United States Postal Service in the ordinary course of business at Walnut Creek, California.

By CM/ECF Notice of Electronic Filing; I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/EDF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 1, 2016, at Walnut Creek, California.

*Mairin MacDonald*
Mairin MacDonald