**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Cameron W. Thomas (State Bar No. 210237)
c.thomas@mpglaw.com
Erin M. Donovan (State Bar No. 227697)
e.donovan@mpglaw.com

Attorneys for DEFENDANT LG ELECTRONICS U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Dennis and Mona Verducci,<br><br>Plaintiffs,<br><br>vs.<br><br>LG ELECTRONICS U.S.A., INC.; BEST BUY CO., INC. WHICH WILL DO BUSINESS IN CALIFORNIA AS MN BEST BUY CO., INC.; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE No. 4:15-cv-02899-DMR<br><br>**NOTICE AND REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:   May 11, 2015 |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

    Counsel for Defendant LG Electronics U.S.A., Inc., Cameron W. Thomas, respectfully requests the Court's permission to appear telephonically at the Case Management Conference scheduled for Wednesday, June 1, 2016 at 1:30 p.m., before the Honorable Donna M. Ryu, in Courtroom 4, of the above-entitled court.

    Good cause exists for the requested telephonic appearance. Mr. Thomas' office is located in Los Angeles, California. Thus, an in-person appearance will require Mr. Thomas to fly into and out of Oakland for the Case Management

1  Conference, effectively absorbing an entire working day.

2      Mr. Thomas can effectively participate in the Case Management by
3  telephone, and no party will suffer prejudice if Mr. Thomas is allowed to
4  telephonically attend the Case Management Conference.

6  DATED: May 31, 2016            MUSICK, PEELER & GARRETT LLP

                                   By: _____
                                   Cameron W. Thomas
                                   Erin M. Donovan
                                   Attorneys for DEFENDANT LG
                                   ELECTRONICS U.S.A., INC.

13 IT IS SO ORDERED.

15 DATED: May 31, 2016

                                   _____
                                   Honorable Donna M. Ryu

IT IS SO ORDERED
Judge Donna M. Ryu